IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VISION BANK,** | : |
|     **Plaintiff,** | : |
| | : |
| **vs.** | :   **CIVIL ACTION 09-442-CG-M** |
| | : |
| **ALAN J. SWINDALL,** | : |
| | : |
|     **Defendant.** | : |

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this court.

It is **ORDERED** that Defendant's Motion to Dismiss or, in the Alternative, Motion for Change of Venue (Doc. 6) be **DENIED.**

**DONE** this 10th day of November, 2009.

                                            /s/ Callie V. S. Granade
                                            CHIEF UNITED STATES DISTRICT JUDGE