# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| VISION BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 09-0442-CG-M |
| ) | |
| ALAN J. SWINDALL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On November 3, 2010, a hearing was held to resolve the discrepancy between two affidavits and determine the amount of the judgment to be entered in this case. After review of the testimony and documents submitted, the court finds that the amounts stated in the second affidavit (Doc. 63-1) and reflected in plaintiff's proposed order (Doc. 63-3) were correct. Accordingly, the court will enter judgment in the amount of $4,808,273.56 in principal, interest, and late fees and $24,646.50 in attorneys fees and $1,612.53 in costs as of the date summary judgment was entered, August 4, 2010.

**DONE and ORDERED** this 8th day of November, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE