**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |  |
|---|---|---|
| **VISION BANK,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **CIVIL ACTION NO. 09-0442-CG-M** |
| **ALAN J. SWINDALL,** | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the court's order entered this date, and the court's order of August 4, 2010 (Doc. 57) granting plaintiff's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of plaintiff **Vision Bank** and against **Alan J. Swindall** in the amount of **$4,808,273.56** plus **$24,646.50** in attorneys fees and **$1,612.53** in costs as of the date summary judgment was entered, August 4, 2010. The court will reserve jurisdiction for one year from the date this judgment is entered for the purpose of determining the amount of any additional costs of collection owed under the note at issue.

Although the court is retaining jurisdiction to enter judgment on any additional costs of collection of the amount of this judgment, the court finds that there is no just reason for delay for purposes of appeal, and that this judgment constitutes a final judgment for purposes of any appeal.

**DONE and ORDERED** this 8th day of November, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE