IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VISION BANK,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 09-0442-CG-M |
| **ALAN J. SWINDALL,** | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the court on plaintiff's motion to dismiss all pending garnishments. (Doc. 90). Plaintiff moves to have the garnishments dismissed immediately because the defendant has filed bankruptcy. Plaintiff's motion is hereby **GRANTED** and the clerk is directed to send a copy of this order to all garnishees.

**DONE and ORDERED** this 22nd day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE