IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VISION BANK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0442-CG-M |
| | ) |
| **ALAN J. SWINDALL,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the plaintiff's status report filed on February 29, 2012 (Doc. 100), in which the plaintiff advises that the bankruptcy proceeding as to Alan J. Swindall was dismissed on December 15, 2011. Accordingly, the stay entered on December 20, 2010 (Doc. 88) with regard to enforcement of judgment is hereby **LIFTED**.

**DONE and ORDERED** this 1st day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE