IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 09-0442-CG-M |
| ) | |
| ALAN J. SWINDALL, ) | |
|     Defendant. ) | |

## CHARGING ORDER AGAINST ALAN J. SWINDALL

This matter having come on for consideration upon Plaintiff SE Property Holdings, LLC, application for a Charging Order pursuant to Sections 10A-5-6.05, and 10A-9-7.03, <u>Ala. Code</u> (1975), with respect to the financial interests of the defendant ALAN J. SWINDALL in Bayside Harbour, LLC, Barbour County Apartments, Ltd, Louisville Apartments, Ltd, and Wetumpka Village Apartments, Ltd ("Companies"), and good cause appearing, it is hereby

**ORDERED** that the financial interests of Alan J. Swindall in the Companies be charged with payment of $4,834,532.59, being the final judgment rendered in favor of Plaintiff SE Property Holdings, LLC, and against ALAN J. SWINDALL on November 8, 2010, plus accrued interest and costs, and that said Companies are **ORDERED** to distribute and to report to the Clerk of the Court any amounts that become due or distributable to ALAN J. SWINDALL by reason of any interest he owns in the Companies until SE Property Holdings, LLC's judgment is satisfied in full.  Payments should be mailed to the following address:

    Clerk of the Court
    113 St. Joseph Street, Room 123
    Mobile AL 36602

The Plaintiff shall serve a copy of this Order on each of the Companies.

**DONE** and **ORDERED** this 3rd day of April, 2012.

                                                            /s/ Callie V. S. Granade
                                                           UNITED STATES DISTRICT JUDGE