IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALAN J. SWINDALL, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 09-0442-CG-M |

**CHARGING ORDER AGAINST ALAN J. SWINDALL**

This matter having come on for consideration upon SE Property Holdings, LLC, application for a Charging Order pursuant to Section 10A-9-7.03, Ala. Code (1975), with respect to the financial interests of the defendant ALAN J. SWINDALL in Tallassee Villas, Ltd ("Company"), and good cause appearing, it is hereby

ORDERED that the financial interests of Alan J. Swindall in Tallassee Villas, Ltd, be charged with payment of $4,834,532.59, being the final judgment of November 8, 2010, rendered in favor of SE Property Holdings, LLC, and against Alan J. Swindall, plus accrued interest and costs, and that said Company is Ordered to distribute to the Clerk of the Court any amounts that become due or distributable to Alan J. Swindall by reason of any interest he owns in the Company until SE Property Holdings, LLC's judgment is satisfied in full.  Payments should be mailed to:

        Clerk of the Court
        113 St. Joseph Street, Room 123
        Mobile AL 36602

**IT IS FURTHER ORDERED** that, without demand, Tallassee Villas, Ltd, is to mail Plaintiff a report each time a distribution is made with respect to any transferable interest, listing the amount and timing of all distributions made at that time or in connection with that distribution. The Plaintiff shall serve a copy of this Order on Tallassee Villas, Ltd.

**DONE and ORDERED** this 4th day of December, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE